```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 16421
  ADREAN DECORVAN ARCHIE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1624

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/10/2007 and was not confirmed.

    The case was dismissed without confirmation 10/04/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
WELLS FARGO FINANCIAL LE   NOTICE ONLY    NOT FILED         .00           .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY    NOT FILED         .00           .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00         .00           .00
WELLS FARGO HOME MORTGAG   SECURED NOT I        .00         .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                       .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         --------------       --------------
TOTALS                         .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
    Dated: 01/28/08           _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```